# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

National Veterans Legal Services Program, et al.    v.    United States

No.  19-1081 & 19-1083

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Counsel must immediately file an updated Entry of Appearance if representation changes, including a change in contact information. Electronic filers must also report a change in contact information to the PACER Service Center. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

☐ Pro Se    ☒ As counsel for:  United States
                                Name of party

I am, or the party I represent is (select one):

☐ Petitioner    ☐ Respondent    ☐ Amicus curiae    ☒ Cross Appellant

☐ Appellant    ☐ Appellee    ☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):

☐ Petitioner or appellant    ☐ Respondent or appellee

| | |
|---|---|
| Name: | Mark B. Stern |
| Law Firm: | U.S. Department of Justice, Civil Division, Appellate Staff |
| Address: | 950 Pennsylvania Ave., N.W., Room 7531 |
| City, State and Zip: | Washington, D.C. 20530 |
| Telephone: | 202-514-5089 |
| Fax #: | 202-514-8151 |
| E-mail address: | mark.stern@usdoj.gov |

Statement to be completed by counsel only (select one):

☐ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

☒ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only):  n/a (gov't)

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):  ☐ Yes    ☒ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

Date  Oct 17, 2018    Signature of pro se or counsel  /s/ Mark B. Stern

cc: _____

Reset Fields

-A1-

## CERTIFICATE OF SERVICE

I hereby certify that on October 17, 2018, I electronically filed the foregoing appearance form with the Clerk of this Court by using the appellate CM/ECF system. Service will be accomplished through the appellate CM/ECF system.

        /s/ Mark B. Stern
        MARK B. STERN