# United States Court of Appeals for the Federal Circuit

**NATIONAL VETERANS LEGAL SERVICES PROGRAM, NATIONAL CONSUMER LAW CENTER, ALLIANCE FOR JUSTICE,**
*Plaintiffs-Appellants*

v.

**UNITED STATES,**
*Defendant-Cross-Appellant*

2019-1081, 2019-1083

Appeals from the United States District Court for the District of Columbia in No. 1:16-cv-00745-ESH, Judge Ellen S. Huvelle.

**JUDGMENT**

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**AFFIRMED AND REMANDED**

ENTERED BY ORDER OF THE COURT

August 6, 2020

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court